

ENTERED
09/21/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: <br><br> ROSEHILL RESOURCES INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 20-33695 (DRJ) <br><br> (Jointly Administered) |

### ORDER CLOSING CASE AND FINAL DECREE   (Docket No. 195)

Upon the *Reorganized Debtors' Motion to Close Rosehill Operating Company, LLC's Chapter 11 Case and Application for Final Decree* (the "Motion");[2] and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b); and the Court having found that venue of these cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and that this Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that notice of the Motion has been given as set forth in the Motion and that such notice is adequate and no other or further notice need be given; and the Court having reviewed the Motion and the arguments in support of the relief requested therein; and the Court having determined that the legal and factual bases set forth in the Motion establishes just cause for the relief granted herein; and the Court having determined that the relief sought in the Motion is in the best interests of the Reorganized Debtors and their estates; and after due deliberation and sufficient cause appearing therefor,

---

[1] The Reorganized Debtors, along with the last four digits of each Debtor's tax identification number, are: Rosehill Resources Inc. (4262), and Rosehill Operating Company, LLC 0046.  The Reorganized Debtors' corporate headquarters and the mailing address for each Reorganized Debtor is 16200 Park Row, Suite 300, Houston, TX 77084.

[2] Capitalized terms used in this order but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

**IT IS HEREBY ORDERED THAT:**

1. The ROC Chapter 11 Case, styled and captioned, *In re Rosehill Operating Company, LLC*, Case No. 20-33696 is closed.

2. For the avoidance of doubt, the RRI Chapter 11 Case, styled and captioned, *In re Rosehill Resources Inc.*, Case No. 20-33695 remains open.

3. The Reorganized Debtors shall, on or before the date that is thirty (30) days after entry of this Final Decree: (a) pay, or cause to be paid, all fees due and payable to the United States Trustee pursuant to 28 U.S.C. § 1930(a)(6)(A) and (B) with respect to the Chapter 11 Cases; (b) file a joint operating report for July and August of 2020 through entry of the Confirmation Order no later than September 21, 2020; and (c) file post-confirmation reports through the date of entry of this Final Decree, in the case of Reorganized ROC, and through the date of entry of a final decree in the RRI Chapter 11 Case, in the case of Reorganized RRI. Entry of this Final Decree is without prejudice to the rights of the United States Trustee to reopen the ROC Chapter 11 Case to seek appropriate relief in the event of an unresolved dispute over the payment of fees pursuant to 28 U.S.C. § 1930(a)(6)(A) and (B) or over the reports.

4. Notwithstanding anything to the contrary, the terms and conditions of this order shall be immediately effective and enforceable upon its entry.

5. Entry of this order is without prejudice to the rights of the Reorganized Debtors or any party in interest to seek to reopen the ROC Chapter 11 Case pursuant to section 350(b) of the Bankruptcy Code.

3

6. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to this implementation, interpretation, or enforcement of this order.

**Signed:  September 18, 2020.**

_____
**DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE**